JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Kim et al<br><br>               Plaintiff,<br><br>v.<br><br>Tesoro Refining and Marketing<br>Company LLC<br><br>               Defendants. | Case No.  CV 17-06241-AB (RAOx)<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  July 25, 2018

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE